**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JAVIER GOMEZ ROCHA,** | § | |
|     **Petitioner,** | § | |
| | § | **EP-26-CV-01155-DB** |
| **v.** | § | |
| | § | |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST,** *et al.,* | | |
|     **Respondents.** | | |

## <u>FINAL JUDGMENT</u>

On this day, the Court considered the above-captioned case. On May 12, 2026, the parties filed advisories, ECF Nos. 6 and 7, advising the parties agree no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **13th** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**